IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARL JONES, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHAWNEE F, LLC )<br>d/b/a SHAWNEE MISSION FORD )<br>)<br>and )<br>)<br>SANTANDER, )<br>CONSUMER USA INC., )<br>)<br>Defendant. ) | Case No. 2:22-cv-2226 |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff Carl Jones, Jr., and Defendants Shawnee F, LLC d/b/a Shawnee Mission Ford and Santander Consumer USA Inc., by and through their respective counsel of record, and hereby stipulate to the dismissal of all claims and causes of action in this case with prejudice, pursuant to Rule 41(a)(1)(ii), with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Jenilee V. Zentrich | /s/ Ellen C.T. Mathis |
| Bryce B. Bell          KS#20866 | Jacob L. Kurtz, USDC KS 78530 |
| Jenilee V. Zentrich    KS#29098 | Ellen C.T. Mathis, USDC KS 28413 |
| Bell Law, LLC | Case Linden Kurtz Buck P.C. |
| 2600 Grand Blvd., Suite 580 | 2600 Grand Blvd., Suite 300 |
| Kansas City, MO 64108 | Kansas City, MO 64108 |
| T: 816-886-8206 | Tel: (816) 979-1500 |
| F: 816-817-8500 | Fax: (816) 979-1501 |
| Bryce@BellLawKC.com | jacob.kurtz@caselinden.com |
| JZ@BellLawKC.com | ellen.mathis@caselinden.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 25, 2024, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                        */s/ Jenilee V. Zentrich*